IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Cases Report | ) | UNDER SEAL |
| | ) | |
| | ) | The Honorable Leonie M. Brinkema |
| | ) | |

## ORDER

In response by the Government to this Court's Order dated January 7, 2015, it is hereby

**ORDERED** that the below listed cases be unsealed:

1:97-cr-338-1        USA v. Mohammad Abubakar

**IT IS SO ORDERED.**

ENTERED this 10th day of February, 2015.
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge